UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAKEIKELI KAFOA,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-3012-MLP

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 5) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus (dkt. ## 5-1, 5-2) without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 8th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge