UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAKEIKELI KAFOA,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-3012-MLP

ORDER DENYING PETITIONER'S APPLICATION FOR COURT-APPOINTED COUNSEL

Petitioner Makeikeli Kafoa is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. He has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from custody. (Dkt. # 7.) He has also filed an application for court-appointed counsel which is currently ripe for consideration. (Dkt. # 8.) The Court addresses Petitioner's request for counsel below.

Petitioner is advised that there is no constitutional right to appointment of counsel in § 2241 habeas actions, though the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner

to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygardt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam).

A review of Petitioner's habeas petition reveals that he has adequately articulated his claims such that Respondents were able to file a viable response to the substance of those claims. (*See* dkt. ## 7, 12.) As to the question of whether Petitioner is likely to succeed on the merits of his petition, the record, at present, does not allow the Court to make such a determination. In sum, Petitioner has not demonstrated that the interests of justice require appointment of counsel. Accordingly, Petitioner's application for court-appointed counsel (dkt. # 8) is DENIED.

DATED this 25th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge